In the Matter of Estate of Ida Gray Nelson Rollins, Deceased.
William J. Cole, Executor of Estate of Ida Gray Nelson Rollins, Deceased, Appellee, v. Marie Settles Williams et al., Appellants.

Gen. No. 46,592.

First District, Second Division.

May 17, 1955.

Released for publication June 30, 1955.

West-
brooks, Holman, Johnson & Farmer, for appellant; Muriel O. Farmer, and Claude W. B. Holman, of counsel; Benjamin G. Clanton, Benjamin H. Martin, and Charles Gruenberg, for appellee; James A. Greene, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full.